M. P. No. 75-334. IN RE: GERARD OUIMETTE. Treating the motion to reargue as a motion to reconsider, motion is denied. *Bevilacqua & Cicilline, John F. Cicilline*, for petitioner. *Julius*

*C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.